IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03155-WYD-BNB

GONJI SKYFIRE,

Plaintiff,

v.

SERVICESOURCE, INC.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion to Vacate and Reset Scheduling Conference** [docket no. 7, filed February 24, 2011] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED. The Scheduling Conference now set for **March 10, 2011**, is VACATED, to be reset at a later date.

DATED: February 25, 2011