IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03155-WYD-BNB

GONJI SKYFIRE,

Plaintiff,

v.

SERVICESOURCE, INC.,

Defendant.

_____

**ORDER**

_____

This matter arises on the **Unopposed Motion to Withdraw** [Doc. # 5, filed 2/24/2011]

(the "Motion to Withdraw") by plaintiff's counsel.  I held a hearing on the Motion to Withdraw

this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Withdraw [Doc. # 5] is GRANTED.  Nora V. Kelly and Nora V.

Kelly, P.C., are relieved of any further responsibility in the case;

(2)     The plaintiff is cautioned that he is personally responsible for complying with all

court orders and time limitations established by the applicable rules; and

(3)     Pursuant to Rule 4(m), Fed. R. Civ. P., service of process must be completed

within 120 days after the complaint is filed, or on or before April 27, 2011.

Dated March 10, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge