IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03155-WYD-BNB

GONJI SKYFIRE,

Plaintiff,

v.

SERVICESOURCE, INC.,

Defendant.

_____

# ORDER
_____

This matter arises on **Plaintiff's Motion to Compel** [Doc. # 27, filed 7/5/2011] (the "Motion to Compel"). I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion to Compel [Doc. # 27] is GRANTED to require the defendant, by close of business today, to disclose to the plaintiff the last known telephone numbers of the individuals identified in its Rule 26(a)(1) disclosures, and DENIED in all other respects.

Dated July 13, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge