IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03155-WYD-BNB

GONJI SKYFIRE,

Plaintiff,

v.

SERVICESOURCE, INC., and
SERVICESOURCE NETWORK,

Defendants.
_____

**ORDER TO SHOW CAUSE**
_____

      IT IS ORDERED that the Order to Show Cause [Doc. # 60, filed 11/2/2011] is

DISCHARGED.[1]

      Dated November 7, 2011.

                                                      BY THE COURT:

                                                     s/ Boyd N. Boland
                                                     United States Magistrate Judge

---

[1] By discharging the Order to Show Cause, I make no judgment about the sufficiency of the service.