IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03155-WYD-BNB

GONJI SKYFIRE,

Plaintiff,

v.

SERVICESOURCE, INC., and
SERVICESOURCE NETWORK,

Defendants.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Unopposed Motion by Shella B. Neba to Withdraw as Counsel for Defendant ServiceSource, Inc.** [docket no. 69, filed November 15, 2011] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED. Shella B. Neba is granted leave to withdraw from the representation of ServiceSource, Inc. and is to be removed from the electronic service.

DATED:  November 16, 2011