IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-03155-WYD-BNB

GONJI SKYFIRE

    Plaintiff,

v.

SERVICESOURCE, INC.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Opposed Motion for Leave to Re-File Amended Response to Defendant ServiceSource, Inc.'s Partial Motion to Dismiss Plaintiff's Second Amended Complaint [ECF No.78], file November 30, 2011, is **GRANTED** and the Court accepts Plaintiff's Amended Response for filing.   In light of Plaintiff's Amended Response, Defendant may file an Amended Reply on or before December 15, 2011.

    Dated: December 1, 2011