IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03155-WYD-BNB

GONJI SKYFIRE,

Plaintiff,

v.

SERVICESOURCE, INC., and
SERVICESOURCE NETWORK,

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion for Discovery Sanctions and Second Motion for permission to Interview Former Employees of ServiceSource, Inc.** [Doc. # 99, filed 1/4/2012] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion [Doc. # 99] is DENIED; and

(2) Subject to the service of enforceable subpoenas, the following depositions shall occur on the dates indicated:

        Sue Gillman:        January 27, 2012

        Heidi Kimball:        January 30, 2012

        Brent Boulden:        February 1, 2012.

Dated January 23, 2012.

                                         BY THE COURT:

                                         /s/ Boyd N. Boland
                                         United States Magistrate Judge