**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   January 25, 2012 |
| E.C.R./Reporter:    Therese Lindblom | |

Civil Action No: **10-cv-03155-WYD-BNB**        Counsel:

**GONJI SKYFIRE**,                                              Rhonda L. Rhodes
                                                                Marisa L. Williams
            Plaintiff,

v.

**SERVICESOURCE NETWORK**,                                      Matthew J. Rita
                                                                Leslie E. Miller
            Defendant.

**COURTROOM MINUTES**

**MOTION HEARING**

**2:10 p.m.**     Court in Session

                  APPEARANCES OF COUNSEL.

                  Interpreter Darlene Ensenat sworn (sign language).

                  Court's opening remarks and review of the history of the case.

                  Plaintiff's Motion for Entry of Default Judgment (ECF Doc. No. 67), filed
                  November 8, 2011, is raised for argument.

2:17 p.m.         Argument by Plaintiff (Ms. Rhodes).

2:27 p.m.         Argument by Defendants (Mr. Rita).

2:34 p.m.         Argument by Plaintiff (Ms. Rhodes).

| | |
|---|---|
| 2:40 p.m. | Argument by Defendants (Mr. Rita). |
| 2:43 p.m. | Argument by Plaintiff (Ms. Rhodes). |
| 2:52 p.m. | Argument by Defendants (Mr. Rita). |
| 2:55 p.m. | Argument by Plaintiff (Ms. Rhodes). |
| 3:00 p.m. | Argument by Defendants (Mr. Rita). |

**ORDERED:** Plaintiff's Motion for Entry of Default Judgment (ECF Doc. No. 67), filed November 8, 2011, is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Plaintiff shall file response to Defendant's Motion to Set Aside Default Judgment (ECF Doc. No. 106), filed January 25, 2012, not later than **Friday, February 3, 2012.**

**3:08 p.m.** Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :58**