IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03155-WYD-BNB

GONJI SKYFIRE,

Plaintiff,

v.

SERVICESOURCE, INC., and
SERVICESOURCE NETWORK,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)     **Defendant ServiceSource, Inc.'s Motion for Protective Order Regarding Fed. R. Civ. P. 30(b)(6) Deposition Proposed by Plaintiff** [Doc. # 116, filed 2/28/2012] (the "Motion for Protective Order"); and

(2)     **Plaintiff's Motion to Compel Discovery** [Doc. # 122, filed 3/6/2012] (the "Motion to Compel").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion for Protective Order [Doc. # 99] is GRANTED;

(2)     The plaintiff may serve an amended Rule 30(b)(6) deposition notice directed at discovering information about the relationship, if any, between ServiceSource, Inc., and

1

ServiceSource Network.  The deposition shall be completed no later than April 20, 2012; and

  (3) The Motion to Compel [Doc. # 122] is GRANTED.  ServiceSource, Inc., shall produce, on or before March 28, 2012, the statistical documentation for years 2009 and 2010 concerning the employment of persons with disabilities at the Air Reserve Personnel Center.

  Dated March 19, 2012.

           BY THE COURT:

           s/ Boyd N. Boland
           United States Magistrate Judge